24cr 133

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
U.S. Courthouse - 500 Pearl Street
New York, NY 10007

New York, July 1st 2024

Your Honor,

I take the liberty to contact you to kindly request your assistance to appoint me a different public defender as we are having communications breakdowns.

Unfortunately, my current attorney has never sent me a copy of my case or indictement even after several requests from me. In fact, the only time he showed me my indictement was on June 12, just a few minutes before our hearing at your court. Also, he never came to see me to discuss my case in detail or hardly responds to my emails. I feel that my rights to defend myself are not being duly proctected.

Now, at fifty seven years old I find myself with my entire life savings seized unabling me to hire a private attorney to properly defend myself against these horrible accusations.

I thank you for your professional assistance and I remain at your entire service for any additional information.

Sincerely yours,

Maximilien de Hoop Cartier

Maximilien de Hoop Cartier
ID: 12399506
MDC Brooklyn
Brooklyn, New York 11232

JUL 09 2024

NEW YORK NY 100
1 JUL 2024 PM 7 L

07/05

The Honorable Mary Kay Viskocil
United States District Judge
Southern District of New York
U.S. Courthouse · 500 Pearl Street
New York, NY 10007

FOREVER USA   FREEDOM
FOREVER USA   FREEDOM

GLOBAL | USA | FOREVER | 2022 | GLOBAL | USA | FOREVER | 2022 | GLOBAL | USA | FOREVER