**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------x
                                        :
UNITED STATES OF AMERICA                :
                                        :
        -against-                       :
                                        :
Maximilien De Hoop Cartier              :
                                        :
                                        :
                                        :
----------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/18/2024

**ORDER**

24-cr-133 (MKV)

Docket #

Vyskocil , **DISTRICT JUDGE:**

Judge's Name

The C.J.A. attorney assigned to this case

David Bertan                    is hereby ordered substituted

Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to Jeremy Schneider , NUNC-PRO-TUNC 7/18/2024 .

Attorney's Name

**SO ORDERED.**

Mary Kay Vyskocil

UNITED STATES DISTRICT JUDGE

Dated:    **July 18, 2024**
          **New York, New York**