UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| - v. - | GOVERNMENT'S SECOND FORFEITURE BILL OF PARTICULARS |
| MAXIMILIEN DE HOOP CARTIER, LEONARDO DE JESUS ZULUAGA DUQUE, ERICA MILENA LOPEZ ORTIZ, FELIPE ESTRADA ECHEVERRY, ALEXANDER EGIDIO AREIZA CEBALLOS, and ADRIAN FERNANDO AREIZA CEBALLOS, | S2 24 Cr. 133 (MKV) |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to *United States* v. *Grammatikos*, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offenses charged in Counts One through Six of Superseding Indictment S2 24 Cr. 133 (MKV) against MAXIMILIEN DE HOOP CARTIER, LEONARDO DE JESUS ZULUAGA DUQUE, ERICA MILENA LOPEZ ORTIZ, FELIPE ESTRADA ECHEVERRY, ALEXANDER EGIDIO AREIZA CEBALLOS, and ADRIAN FERNANDO AREIZA CEBALLOS, and as alleged in the forfeiture allegations and/or substitute asset provision therein, includes the following property seized by the Government pursuant to a judicially authorized seizure warrant issued on or about February 20, 2024:

    a. Approximately $80,429.96 United States currency, formerly on deposit in Wells Fargo account 1450354095, held in the name of Maximiliano De Hoop Cartier;

    b. Approximately $151,954.36 United States currency, formerly on deposit in Bank of America account 898128856623, held in the name of Sun Technologies, Inc.;

    c. Approximately $502.05 United States currency, formerly on deposit in City National Bank account 128334424, held in the name of VC Innovated Technologies LLC; and

    d. Approximately $878,177.99 United States currency, formerly on deposit in Wells Fargo account 3538891296, held in the name of Bullpix Solutions LLC;

Dated: New York, New York
       July 22, 2024

                              Respectfully Submitted,

                              DAMIAN WILLIAMS
                              United States Attorney

                    By:    /s/Jennifer N. Ong
                              JENNIFER N. ONG
                              Assistant United States Attorney
                              Telephone: (212) 637-2224