USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/7/2024

# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman  
Jeremy Schneider  
Robert A. Soloway  
David Stern  
———————  
Rachel Perillo

Tel: (212) 571-5500  
Fax: (212) 571-5507

August 6, 2024

**By ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    United States v. Maximilien De Hoop Cartier
                24 Cr. 133 (MKV)

Dear Judge Vyskocil:

      I am the attorney for Maximilien De Hoop Cartier, the defendant in the above-referenced case, having been assigned pursuant to the Criminal Justice Act. This letter is respectfully submitted to request that Your Honor authorize the appointment of my associate, Rachel Perillo, Esq., as associate counsel in this matter to assist me in various aspects of the case which are described in further detail below.

      Ms. Perillo is an associate at my law office and is admitted to practice before this Court. She regularly assists me and other partners in my law office in CJA cases and has been assigned as associate counsel in criminal matters in the Southern and Eastern Districts of New York.  It is expected that her assistance will be needed in Mr. De Hoop Cartier's case for various reasons.

      This is a complex matter with allegations that include a $14 million bank fraud and money laundering scheme involving cryptocurrency. The discovery will be voluminous and will include, but not be limited to, search warrant returns, pen register returns, subpoena returns from several financial institutions, cryptocurrency exchanges, phone companies, email service providers and other sources. Ms. Perillo's assistance will be needed to help review these materials. Her assistance will also be needed to maintain communication with Mr. De Hoop Cartier and to visit with him at the Brooklyn Metropolitan Detention Center (a facility that is frequently subject to long delays and unexpected closures) to review discovery and discuss his case.  Additionally, I am scheduled to have a medical procedure on August 20 that will require several weeks of recovery. Ms. Perillo's assistance would ensure continued attention to Mr. De Hoop Cartier's case while I am out recovering. Finally, Ms. Perillo's assistance would be more

Hon. Mary Kay Vyskocil
August 6, 2024
Page Two

cost-effective at the CJA associate rate of $125.00 per hour, and her work would not be duplicative.

    If the Court grants this application, it is respectfully requested that Ms. Perillo be approved at the CJA rate of $125.00 per hour, nunc pro tunc to July 24, 2024.

    The Court's time and attention to this matter is greatly appreciated.

Respectfully submitted,
/s/
Jeremy Schneider

**Granted. SO ORDERED.**

Date: 8/7/2024
New York, New York

Mary Kay Vyskocil
United States District Judge