```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2024
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 1:24-cr-00133-MKV |
| -against- | ORDER |
| MAXIMILIEN DE HOOP CARTIER, | |
| Defendant. | |

MARY KAY VYSKOCIL, United States District Judge:

The Court scheduled a conference for December 5, 2024 [ECF No. 49] to discuss issues raised in two letters from Defendant regarding issues with Defendant's appointed counsel. [ECF Nos. 47, 48]. However, the issues raised in Defendant's letters now appear to be moot because on November 23, 2024, a notice of attorney appearance was filed stating that Defendant has retained new counsel. [ECF No. 50].

IT IS HEREBY ORDERED that Defendant's newly retained defense counsel must file on the docket a substitution of counsel on or before December 2, 2024.

**SO ORDERED.**

**Date:  November 25, 2024**
        **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1