USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2024

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-against-<br><br>MAXIMILIEN DE HOOP CARTIER,<br><br>Defendant. | 1:24-cr-00133-MKV<br><br>SCHEDULING ORDER |

MARY KAY VYSKOCIL, United States District Judge:

In advance of the status conference scheduled for December 11, 2024 at 11:30 AM, IT IS HEREBY ORDERED that the parties shall file a joint status letter on the docket on or before December 6, 2024 at 12:00 PM.

Additionally, defense counsel requested that at this conference the Court entertain a bail application from Defendant. [ECF No. 52]. Pursuant to this Court's Individual Rules defense counsel's request should have indicated whether the Government and Pretrial Services consent or oppose this application request. It did not. Accordingly, IT IS FURTHER ORDERED that on or before December 9, 2024 at 5:30 PM, defense counsel shall file on the docket its bail application properly indicating whether the Government and Pretrial Services consent or oppose the application. The Government shall file any response on or before December 10, 2024 at 5:30 PM.

**SO ORDERED.**

Date: **December 4, 2024**
New York, NY

*Mary Kay Vyskocil*
_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1