USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                      Plaintiff,

               -against-

MAXIMILIEN DE HOOP CARTIER,

                     Defendant.

---

1:24-cr-00133-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court held a Conference on December 11, 2024 at 11:30 AM. As discussed at the Conference:

IT IS HEREBY ORDERED that the Order at docket entry 42 is VACATED.

IT IS FURTHER ORDERED that any contemplated motions shall be filed on or before January 31, 2025.

IT IS FURTHER ORDERED that the parties must file a joint status letter on the docket advising the Court on the status of this case on January 31, 2025.

IT IS FURTHER ORDERED that the parties shall be prepared to commence trial on June 9, 2025. As the Court stated at the Conference the estimated length of trial is one week. The parties should plan accordingly.

On the application of both parties, it is FURTHER ORDERED that, in the interest of justice, all time from today to January 31, 2025 is excluded under the Speedy Trial Act. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public

and the Defendant in a speedy trial in that it will allow Defendant and Defense counsel time to review discovery, evaluate the need for any motions, prepare and file any motions, and prepare for trial or otherwise discuss potential pre-trial resolutions.  The Defendant consents to the exclusion of time.

**The parties are reminded that failure to comply with the Court's orders or comply with the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, or the parties discovery or other obligations thereunder may result in sanctions, including monetary penalties on counsel and/or the parties , dismissal or preclusion of claims, defenses, arguments, or evidence.**

**SO ORDERED.**

Date:  December 11, 2024
      New York, NY

                                        **MARY KAY VYSKOCIL**
                                   **United States District Judge**