USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-against-<br><br>MAXIMILIEN DE HOOP CARTIER,<br><br>Defendant. | 1:24-cr-00133-MKV<br><br>ORDER DENYING BAIL APPLICATION |

MARY KAY VYSKOCIL, United States District Judge:

The Court held a Conference on December 11, 2024 at 11:30 AM. In advance of the Conference Defense counsel requested that at this Conference the Court entertain a bail application from Defendant. [ECF No. 52]. In a Court Order on December 4, 2024, the Court directed Defense Counsel file its bail application, including the positions of the Government and Pretrial Services, on or before December 9, 2024 at 5:30 PM and ordered the Government to submit any response on or before December 10, 2024 at 5:30 PM. [ECF No. 55]. Defense counsel filed a letter stating the positions of the Government and Pretrial Services, but did not file a bail application or a proposed bail package. [ECF No. 56]. The Government filed a letter opposing release. [ECF No. 58]. At the Conference Defense counsel made Defendant's bail application orally.

For the reasons set forth more fully on the record at the Conference, the Court finds that no condition or combination of conditions will reasonably assure the appearance of the Defendant as required under 18 U.S.C § 3142. The Government has shown by a preponderance of the evidence that the Defendant presents a risk of flight because the Defendant is not a U.S. citizen,

1

has never lived in the United States, has relatively weak ties to the United States, and has no clear ties to the Southern District of New York. Those facts combined with the Defendant's very strong ties abroad, lack of candor with Pretrial Services in the Southern District of Florida, which found Defendant to be a flight risk, the weight of the evidence, and the potential penalties that Defendant faces further demonstrated to the Court a risk of flight. Additionally, the Court found that the bail package proposed by Defendant, which included a $250,000 secured bond and some form of location monitoring while the Defendant resided outside of this jurisdiction in Florida were insufficient to eliminate the risk of flight. Therefore, for the reasons stated above and more fully on the record Defendant's bail application is DENIED.

The Clerk of Court is respectfully requested to terminate the motion pending at docket entry 58.

**SO ORDERED.**

Date: **December 12, 2024**
      **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**