USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

           Plaintiff,

-against-

MAXIMILIEN DE HOOP CARTIER,

           Defendant.

1:24-cr-00133-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of two motions filed by Defendant "invoking his right to proceed pro se." [ECF Nos. 64, 65]. The Court is also in receipt of a joint letter from the parties that indicates that Defendant is still represented by Defense Counsel, Mr. Cohn, who intends to file one pretrial motion on or before the Court's deadline of January 31, 2025. [ECF No. 66]. Accordingly, IT IS HEREBY ORDERED that the parties appear for a conference on February 5, 2025 at 11:00 AM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

Date: **January 28, 2025**
      **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**