**JEFFREY COHN**
Attorney at Law
212 East 57th Street
Suite 16A
New York, New York 10022
Telephone: 646-201-5202 Email: jcohnlaw@hotmail.com

**FEE AGREEMENT**

November 4, 2024

    Re: *United States v. Maximilien de Hoop Cartier*, 24 Cr. 133 (MKV)

1. This is a fee agreement for the above-referenced case made pursuant to the ethical requirements for attorneys in New York State.
2. This agreement is between Maximilien de Hoop Cartier (hereafter client) and Jeffrey Cohn, (hereafter attorney).
3. This agreement was entered into after sufficient time to consult independent counsel.
4. The goal of this representation is dismissal of charges, acquittal after trial or lowest possible sentence of incarceration and bail application as soon as possible. <u>There are no promises of success</u>.
6. The time required for this representation depends on many factors, including the availability and amenability of members of law enforcement and prosecutors and Judge Vyskocil.
7. Client has unilateral right to select binding arbitration for any fee disputes.
8. The fee for this representation is: $300,000 to be paid as follows:
$100,000 due immediately; $50,000 due within 90 days; and $150,000 due before the end of the case (dismissal, acquittal or sentencing) or upon client's actual release from custody, whichever comes first.
9. This is the total agreement of the parties and any other agreement or modification shall be entered into in writing in order to become effective.

_____  
Jeffrey Cohn

_____  
Maximilien de Hoop Cartier