USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

MAXIMILIEN DE HOOP CARTIER,

Defendant.

24-cr-00133 (MKV)

**TRIAL SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge

On February 28, 2025 the Court held a scheduling conference in this action to discuss motion deadlines and to set a new trial schedule given Defendant's recent change of counsel. At this conference the Court once again cautioned Defendant that he does not have an unlimited right to seek new counsel and that the deadlines set by the Court will not be extended any further Accordingly,

IT IS HEREBY ORDERED that any motions are due on or before April 11, 2025. Any responses are due on or before April 25, 2025. Any replies, if necessary, are due on or before May 2, 2025.

IT IS FURTHER ORDERED that the following trial schedule will be in effect as to Defendant De Hoop Cartier:

- Trial will commence on **November 17, 2025** at 9:30 AM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.;

- Jury charge requests, proposed *voir dire* questions, and any motions *in limine* will be due **October 20, 2025**;

- Any opposition papers to motions *in limine* will be due **October 27, 2025**;

- The initial pre-trial conference will be scheduled for **November 3, 2025 at 2:00 PM** in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. The final pre-trial conference will be scheduled for **November 10, 2025 at 2:00 PM**.

IT IS FURTHER ORDERED that, in the interest of justice, all time from today to November 17, 2025 is excluded under the Speedy Trial Act. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial in that it will allow Defendant and Defense counsel time to review discovery, prepare and file any motions, and prepare for trial or otherwise discuss potential pre-trial resolutions. The Defendant consents to the exclusion of time.

**The parties are reminded that failure to comply with the Court's orders or comply with the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, or the parties discovery or other obligations thereunder may result in sanctions, including monetary penalties on counsel and/or the parties , dismissal or preclusion of claims, defenses, arguments, or evidence.**

**SO ORDERED.**

Dated:  February 28, 2025
        New York, New York

*Mary Kay Vyskocil* (signature)
_____
**MARY KAY VYSKOCIL**
**United States District Judge**