```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

MAXIMILIEN DE HOOP CARTIER,

Defendant.

---

24-cr-133 (MKV)

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

Defendant De Hoop Cartier was arraigned on the S4 Superseding Indictment on August 14, 2025. Thereafter, the Court issued an Order directing Defendant De Hoop Cartier and the Government to file letters advising the Court on the status of the pending motion to dismiss previously filed by Defendant De Hoop Cartier with respect to counts 2, 3, and 4 of the S2 Indictment. [ECF No. 130]. The parties' letters indicate that certain arguments previously made have been mooted by the Superseding S4 Indictment while others remain live issues for the Court to resolve. [ECF Nos. 133, 136].

Accordingly, for the sake of clarity and good order, IT IS HEREBY ORDERED that the motion to dismiss Counts 2, 3, and 4 of the Superseding S2 Indictment is DENIED without prejudice as moot. IT IS FURTHER ORDERED that Defendant shall file any motion to dismiss the Superseding S4 Indictment on or before September 3, 2025. IT IS FURTHER ORDERED that the Government shall file any response on or before September 10, 2025. IT IS FURTHER ORDERED that Defendant shall file any reply, if needed, on or before September 15, 2025.

**SO ORDERED.**

**Date: August 26, 2025**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**