### Morvillo Abramowitz Grand Iason & Anello P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO**
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

————

WRITER'S CONTACT INFORMATION

kcassidy@maglaw.com
(212) 880-9413

October 17, 2025

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***

RETIRED/PARTNER EMERITUS
PAUL R. GRAND
————
ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

**BY ECF**
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States v. Maximilien de Hoop Cartier*, 24 Cr. 133 (MKV)

Dear Judge Vyskocil:

We represent the defendant, Maximilien de Hoop Cartier, in the above-captioned case. With consent of the government, we respectfully request a one-week adjournment of (1) the jury charge requests, proposed voir dire questions, and motions in limine, currently due October 20, 2025, and (2) opposition papers to motions in limine, currently due October 27, 2025. This would push the deadlines until October 27, 2025 and November 3, 2025, respectively.

As the Court is aware, we began a plea hearing on October 15 and it was adjourned until October 20 to allow the parties time to address the Court's and defendant's questions. An extension of time will have no impact on the status of the clock under the Speedy Trial Act, 18 U.S.C. § 3161. This Court has already excluded all time until November 17, 2025. (See Dkt. 76.)

The parties thank the Court for its consideration of this request.

Respectfully submitted,

/s/ *Kathleen E. Cassidy*
Kathleen E. Cassidy

cc: AUSAs Jennifer Ong, Eli Mark