# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com
_____

WRITER'S CONTACT INFORMATION

kcassidy@maglaw.com
(212) 880-9413

January 12, 2026

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
_____
RETIRED/PARTNER EMERITUS
PAUL R. GRAND
_____
ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2026

**BY ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States v. Maximilien de Hoop Cartier*, No. 24 Cr. 133 (MKV)

Dear Judge Vyskocil:

I write on behalf of my client, Maximilien de Hoop Cartier, to respectfully request a 3-week adjournment of Mr. Cartier's sentencing date, which is currently scheduled for February 3, 2026, to the week of February 23, 2026. Relatedly, I respectfully request an extension of the disclosure date for the final Presentence Investigation Report ("PSR"), which is currently due on Thursday, January 15, until Monday, February 2.

We received the first disclosure of the PSR from the U.S. Probation Office on December 18, 2025. Given the intervening holidays, Probation agreed to extend the date for objections to the PSR until January 9. As the Court is aware, however, Mr. Cartier is incarcerated in the MDC, where he has been subject to lockdowns that make it more difficult to communicate with counsel about the PSR and the sentencing memorandum. An adjournment would allow counsel sufficient time to confer with Mr. Cartier at the MDC and for Probation to address any objections in advance of sentencing.

I have conferred with the government, which consents to an adjournment until the week of February 23, 2026. The parties are generally available during that week, except for the afternoon of Wednesday, February 25. If that week is not available, the parties will confer with the Court's deputy to find an available date and time that is convenient for the Court.

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P. C.

This is our first request for adjournment.[1] I thank the Court for its consideration.

Respectfully submitted,

/s/ *Kathleen E. Cassidy*
Kathleen E. Cassidy

cc:    AUSAs Jennifer Ong, Eli Mark
       Probation Officer Patrick Fountain (by E-mail)

---

**Granted. SO ORDERED.**

Sentencing, currently scheduled for February 3, 2026, is hereby ADJOURNED to February 26, 2026, at 2:30 PM.  Defendant's sentencing submission is due two weeks before sentencing, and the Government's the week before sentencing.

Date: 1/12/2026
New York, New York

Mary Kay Vyskocil
United States District Judge

---

[1] The Speedy Trial Act does not impose any limits on the time to complete a defendant's sentencing. *See generally* 18 U.S.C. § 3161.

2