# EXHIBIT E



## PURCHASE AGREEMENT

### SUBJECT:
### COMPUTER SECURITY SOFTWARE LICENSE AND SOFTWARE MAINTENANCE

Among the undersigned namely: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in his capacity as Legal Representative of the company ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮, identified with NIT ▮▮▮▮▮▮▮ who for the purposes of this Contract will be called the SUPPLIER and MAXIMILIEN DE HOOP CARTIER, on behalf of himself, identified with passport ▮▮▮▮▮▮ issued in REPUBLICA ARGENTINA , in his capacity as Manager and Legal Representative of VC INNOVATED TECHNOLOGIES LLC, a company domiciled in DELAWARE STATE FILE NUMBER IS 7600147, who under this Contract will be called THE BUYER, have agreed to enter into this Purchase Agreement, according to the following clauses: FIRST CLAUSE: SUBJECT: DESIGN, INSTALLATION AND STARTUP OF THE COMPUTER SECURITY IP SOFTWARE AND SOFTWARE MAINTENANCE ON CLOUDS, which includes FOUR robust modules for Security of the Hardware, Software Security and Network Security. In addition, the COMPUTER SECURITY IP SOFTWARE, has plugins and scripts incorporated, for greater versatility and efficiency of the application.

Within contract, we added 80 hours of face-to-face training at the BUYER's headquarters (users and technicians). Install a license of the COMPUTER SECURITY IP SOFTWARE, with two (2) concurrent access users, with the provision of the corresponding installation services, training, support, updates and guarantee of the COMPUTER SECURITY IP SOFTWARE composed of the modules that were detailed previously. PARAGRAPH 1: The characteristics of the software license, training and deliverables are described in the COMMERCIAL PROPOSAL No. COT-053-2020 dated may 4th 2019, reviewed and approved by THE BUYER and which is considered fully incorporated into this Contract. PARAGRAPH 2: Technical support in the installation and implementation will be provided by the SUPPLIER throught the clouds system or or clouds servers as provided by THE BUYER, always throught virtual facilities. PARAGRAPH 3: ISSUES COVERED BY THE LICENSE: The software license includes the software, which contains manuals, technical data sheets and commercial documentation that are property of the authors and which grants the BUYER, through this document, an authorization of USE OF COMPUTER SECURITY IP SOFTWARE, through one (1) computer

NIT. ▮▮▮▮▮ TELEFONO ▮▮▮▮▮▮▮                              1/8

USAO_0000002005

or server. PARAGRAPH 4. REPRODUCTION RESTRICTIONS: the software subject of this license is protected by national and international intellectual property laws, therefore, THE BUYER can exclusively make a backup copy of his data, only under his responsibility since first day of installation, following software instructions, its handbooks or because training received. PARAGRAPH 5: RESTRICTIONS COMMUNICATIONS: THE BUYER will communicate the conditions of this agreement of the license to every person employed by him, under his direction and / or control who will use the software. PARAGRAPH 6: UNAUTHORIZED SOFTWARE USE TO: THE BUYER undertakes to get appropriate procedures to ensure that persons employed by or under his direction and control comply with the terms of this license agreement, including, without restrictions, deliberately not allowing no one uses any part of the authorized software for copying, distributing, deciphering or altering it source code for no purpuses. If THE BUYER knew that this software was being used by such persons in a manner not authorized by this agreement, he should use all means at his disposal to cease such use immediately, assuming the legal, civil and pecuniary responsibility of such fact. THE BUYER must notify to ████████████████████████ by writing of any security breach identified by him, within a period not exceeding five (5) days. PARAGRAPH 7: OTHER SOFTWARES USED FOR: The use of other complementary products or technologies such as: databases, browsers, operating systems, anti-virus, patches and others, shall be the responsibility of THE BUYER and this shall notify to ████████ ████████████ any use of third-party software that is executed especially on the server or computer that hosts this product, in order to guarantee the integrity of the application. PARAGRAPH 8: OPERATING GUARANTEE: ████████████████████████ as a software manufacturer, guarantees the correct operation of its COMPUTER SECURITY IP SOFTWARE solution, but not the BUYER's computing and communications infrastructure. THE BUYER must have electrical, communications, environmental and computer conditions ideal for operating computing equipment and TCP-IP data networks. PARAGRAPH 9: HARDWARE AND SOFTWARE's SERVER: the software guarantees its operation in computers with INTEL or AMD architecture of the latest technological generation, which have a free hard disk space over 10 TB, 1 TB in main memory, network card, which operate and operate on the LINUX operating system Versions RED HAT and / or SUSE and its derivatives, Windows XP, 2000, 2003 server, Apache Web server version 2.0.58 and ORACLE Database, SQL SERVER, and POSTGRESQL. The

NIT. ████████  TELEFONO ████████████     2/8

USAO_0000002006



warranty of the COMPUTER SECURITY IP SOFTWARE license is only covered on this type of installations. THE BUYER must have an uninterrupted power system or U.P.S, connected to the computer equipment that stores data and images to protect application integrity. All additional licenses that correspond to other manufacturers, must be acquired or arranged by THE BUYER under its responsibility; ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ makes available its human and technical resources to guarantee the trust and support of this product, only if the installation conditions have the characteristics described here. PARAGRAPH 10: WARRANTY. Once all the subject is done, a twelve (12) month performance guarantee is stipulated, in which time, if the customer certifies a manufacturing defect, he must notify by writing within a period of no more than five (5) days or through the help desk system provided by the SUPPLIER, indicating the type of anomaly, time, date, operation performed and name of the official in charge for their respective procedure and assistance. PARAGRAPH 11. WARRANTY EXCEPTIONS. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ will not be responsible by direct or indirect damages, by outcome to unsuitable use application, including loss data that occur on occasion or in connection with the use of authorized SOFTWARE IP SECURITY COMPUTER. The warranty in no case covers electrical or environmental problems or the making of security copies of data or images. The guarantee applies exclusively to problems or failures in the services of the application (manufacturing problems), that in case of containing the application any error of this type, ▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇ is committed to solve it during the validity guarantee time, after notification by THE BUYER in a period not exceeding three (3) days. PARAGRAPH 12. LIABILITY EXCLUSION: ▇▇▇▇▇▇▇▇▇▇▇▇ does not grant any other warranty of the COMPUTER SECURITY IP SOFTWARE and is expressly excluded any responsibility for infringement of another guarantee or condition, and will not respond for negotiations or technical actions carried out by unauthorized persons by the manufacturer that may directly or indirectly affect any of the components necessary for right functioning of the COMPUTER SECURITY IP SOFTWARE. THE BUYER must report in writing at least five (5) days in advance, any modification, update or reform to the computer or server where the software is installed to assess the relevance and implications of these events. Failure to report these activities may void the software's license guarantee. PARAGRAPH 13: SOFTWARE SELECTION CRITERIA: THE BUYER is solely responsible for the selection and criterion of suitability at choice of the COMPUTER SECURITY IP SOFTWARE, in this sense it is understood that THE BUYER shares the vision

NIT. ▇▇▇▇▇▇ TELEFONO ▇▇▇▇▇▇▇▇                    3/8

USAO_0000002007



according to manufacturers and / or authors to obtain the results expected by him or them. PARAGRAPH 14. TECHNICAL ASSISTANCE: During the warranty time and in case of any software manufacturing problem that makes it impossible for THE BUYER to perform their tasks (digitization, capture, consultation, registration or data processing), they must report it through the help desk system, during 8 hours a day for 5 days a week or in the technical assistance line previously established or by the principal designated by THE SUPPLIER. **SECOND CLAUSE**: CONTRACT VALUE AND PAYMENT METHOD: the total value of this contract is agreed upon four hundred thirty-two thousand three hundred fifty dollars (USD 452.350), which THE BUYER will cancel to the SUPPLIER with periodic payments under signature of this contract through withdrawal orders from the fiduciary order that THE BUYER constitutes in favor of THE PROVIDER with the fiduciary ETANA CUSTODY during three (3) months until completing the full value of this contract. PARAGRAPH 1: the sale of this intangible service is exempt from IVA (value added tax) in accordance with current Colombia legislation and as set forth at the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ RUT, in which the total of the sale and the presentation of the respective invoices by the SUPPLIER is expressly clarified. THIRD CLAUSE: PERIOD OF EXECUTION: The term of this Contract will not exceed three (3) MONTHS, starting from subscription and legalization thereof. FOURTH CLAUSE: SUPPLIER OBLIGATIONS: a) Comply with the purpose of the subject contract, b) Comply with the obligations set forth in the Commercial Proposal No. COT-053-2020 dated may 4th 2019, and in this contract, with quality and responsibility for the work to be performed, c) to perform the training of the COMPUTER SECURITY IP SOFTWARE in all its component modules, to the personal that manage the different areas of THE BUYER, for one (1) only time during the sessions set within the defined training schedule and for the established time in the first clause of this contract. Subsequent processes related to retraining will be billed by the SUPPLIER with prior approval by THE BUYER, d) to install the software purchased and train users, according to schedule, e) to deliver the software duly installed and operating on a server assigned by THE BUYER, f) to deliver the installation handbook and software user handbooks, attaching the magnetic means of installation of the Software, g) to provide accompaniment in the implementation activities of COMPUTER SECURITY IP SOFTWARE, through a Support Engineers SUPPLIER in face-to-face virtual sessions with the personnel assigned by THE BUYER, to define and adjust the general configuration of the system and make the corresponding settings for its correct performance. h)

NIT. ▮▮▮▮▮▮    TELEFONO ▮▮▮▮▮▮▮▮▮▮    4/8

USAO_0000002008



to save the internal information, i) to deliver the updates that are released within the term of this subject contract; j) to provide the suitable personnel to development work of subject contract and keeping it trained in the functionality of the Solution and in the related legal and conceptual issues; k) to provide the corresponding documentation. l) to assign an Engineer as interlocutor for the monitoring and supervision along performance subject contract, m) to comply with the response times described in the clause object of the Contract, n) comply with the times established to install and train schedule which is delivered by ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ that is attachaed to this document as an integral part thereof, o) All other obligations set forth in this Agreement. FIFTH CLAUSE. BUYER OBLIGATIONS. a) to pay the value of the according to agreed terms, b) to comply with the obligations set forth in this Contract, with quality and responsibility for the work to be done, c) to ensure proper use of the licenses of the software products under the terms of this Contract, d) All other obligations established in this Contract. SIXTH CLAUSE. - WARRANTY PERIOD: Without prejudice to the guarantees agreed in this contract THE SUPPLIER offers the customer a guarantee for a period of twelve (12) months from the installation of the system. During the validity of the guarantee, THE SUPPLIER will provide a solution to the problems in terms of correct operation, at no cost to THE BUYER, provided that it is used in the agreed technological platform and on which it was installed. During this guarantee period, THE SUPPLIER will solve exclusively the   errors and faults attributable to the programming of the application, that is, to manufacturing defects. The guarantee will be lost due to the modifications made without the consent of THE SUPPLIER and the other causes established in this Contract. The guarantee does not include the software malfunction due to factors other than the software itself, especially hardware problems, viruses, incompatibility with computer programs other than software, among others. In no case THE SUPPLIER will resolve as a part of the warranty problems arising from the malfunction of electrical networks, computer equipment, storage media, peripheral equipment, communication networks, operating systems, applications resident in memory or any external element, including bad use of it by users or by omission of the recommendations given by THE SUPPLIER. SEVENTH CLAUSE. EXCLUSIONS: The value of this Contract does not include: a) Corrective maintenance services when the malfunctioning or total lack of the system is a consequence of accidents or abuse, third parties acts, force majeure or fortuitous event, b) Damages, Back-up copies or repair of the Data Base (s) (BDD). c) Support on applications of

NIT. ▇▇▇▇▇▇▇ TELEFONO ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ 5/8



utilities or files other than software installed by THE SUPPLIER; d) Support on technical problems presented in equipment or caused by third party software, e) Modifications or particular adaptations on the installed software, f) New developments on any of the modules; g) Times of analysis of problems generated by poor management or poor parameterization by the user, which will be charged according to the price list of THE SUPPLIER in force on the date of the event. EIGHT CLAUSE. COPYRIGHT. THE SUPPLIER, as owner of the product, let to know to THE BUYER that the software authors, in application of article 20 of the Colombian Law No. 23 of 1982, reserve the moral, patrimonial and commercial rights derived from their work, likewise THE BUYER is aware that lack of moral, patrimonial or commercial rights over the work can not do any of these rights, and in particular, can not reproduce or disseminate the work without SUPPLIER express authorization. NINTH CLAUSE: CONFIDENTIALITY: THE SUPPLIER agrees with THE BUYER to keep the reservation, custody and confidentiality of all information, for the purposes of the execution of this Contract, it has knowledge and access, and is of interest and exclusive use of THE BUYER, under penalty of the pertinent legal sanctions, and breach of the contractual obligations agreed in this Contract. TENTH CLAUSE: NON-EXISTENCE LABOR RELATIONSHIP: This document contract does not generate any labor relationship with THE BUYER and consequently neither the payment of the social benefits nor any emoluments other than the value agreed in the second clause, in relation to supply the products and provision services described in the subject of this contract. ELEVENTH CLAUSE. UNILATERAL INTERPRETATION, MODIFICATION, AND EXPIRATION: when there are reasons subsequent to the completion of the contract that made it necessary to interpret, modify and terminate it unilaterally. TWELFTH CLAUSE: CESSION: THE SUPPLIER may not assign the obligations contracted in this Contract, without prior written authorization from THE BUYER. THIRTEENTH CLAUSE: PENALTIES: In case of default or partial breach of contractual obligations by THE SUPPLIER, the parties agree, through this document, the appraisal and collection, upon request, of successive daily fines of five percent (0.5%) of the total value of the Contract, without these exceed 10% of the total value thereof. The liquidation of this penalties will be made by the supervisor in the partial minutes of receipt and in the final act and / or receipt of the installed Software, according to the moment in which they are caused. FOURTEEN CLAUSE: PENAL PECUNIARY CLAUSE: If the event of total failure to comply with the obligations assumed by THE BUYER or by THE SUPPLIER, shall be paid as a penal penalty clause, the

NIT. ██████████    TELEFONO ██████████                    6/8

USAO_0000002010



party that failed, the value corresponding to ten percent (10%) of the total value of the Contract, which may be made effective upon request, based on this document, which provides executive merit or may be made effective by the entity of the constitution of compliance established through the only guarantee. FIFTEEN CLAUSE: LIQUIDATION OF THE CONTRACT: This Contract will be settled in accordance with the provisions of the clauses contained therein. TENTH SIXTH CLAUSE: DISPUTES RESOLUTION: The conflicts that occur during the execution of the contractual subject will be solved preferably through the mechanisms of direct settlement of conciliation, otherwise through the Arbitration and Conciliation table of the Bogotá Commerce Camera. TENTH SEVENTH CLAUSE. SUPERVISION: THE SUPPLIER will monitor the adequate compliance of this contract through the Human Talent Manager and the Systems Programmer Technician from ████████████████████ TENTH EIGHT CLAUSE. INDEMNITY. THE BUYER will keep undamaged to ████████████████ against any claim, demand, legal action and cost that may be caused or arising from damage or injury to persons or property of third parties, caused by THE BUYE, its subcontractors or its suppliers during the execution of the event and terminated. The acts attributable to THE BUYER are all acts or omissions of its personnel and of its subcontractors and suppliers and of the personal at the service of any of them, errors and defects, poor quality and in general any breach of its contractual obligations. NINETEENTH CLAUSE. CONTRACTUAL DOMICILE: for the judicial and extrajudicial effects of this Contract in Bogotá D.C. (Col.) city, is established as domicile. For record, it is signed in Bogotá D.C. (Col.) city, at January 13th, 2020.

NIT. ████████ TELEFONO ████████████    7/8

USAO_0000002011



**BUYER**

**MAXIMILIEN THE HOOP CARTIER**
Legal representative.
VC INNOVATED TECHNOLOGIES LLC.
Passport ███████, issued in REPUBLICA ARGENTINA.

**SUPPLIER**

Legal representative.

NIT. ███████ TELEFONO ███████                    8/8

USAO_0000002012



República de Colombia

**AUTENTICACIÓN DE FIRMA**
Artículo 73 Decreto Ley 960 de 1970

a ciudad de Medellín, Departamento de Antioquia, República de Colombia, el veintiuno (21) de
ro de dos mil veinte (2020), en la Notaría Veintiséis (26) del Círculo de Medellín, compareció:

identificado con Cédula de Ciudadanía/NUIP #             El notario
estimonio de la firma que aparece en este documento, la cual fue puesta en su presencia.

- - - - - - - - Firma autógrafa - - - - - - - -

forme al Artículo 18 del Decreto-Ley 019 de 2012, el compareciente fue identificado mediante
ejo biométrico en línea de su huella dactilar con la información biográfica y biométrica de la base
latos de la Registraduría Nacional del Estado Civil.

rde a la autorización del usuario, se dio tratamiento legal relacionado con la protección de sus
os personales y las políticas de seguridad de la información establecidas por la Registraduría
ional del Estado Civil.

folio se asocia al documento de CONTRATO DE COMPRAVENTA DE LICENCIA DE SOFTWARE , en
ue aparecen como partes                           y que contiene la siguiente información
CUMENTO EN IDIOMA EXTRANJERO .

Notaria veintiséis (26) del Círculo de Medellín - Encargada

*Consulte este documento en www.notariasegura.com.co*
*Número Único de Transacción:*

USAO_0000002013