# EXHIBIT F

# Wire Full Transaction Report

| | | | | |
|---|---|---|---|---|
| **Channel Reference Number (SNDR REF NUM):** | ████████9369 | | **Transaction Type (TYP):** | FTR |
| **Original Channel (SRC):** | GP0 | | **Post Date:** | 1/16/2024 7:28:54 AM |
| **Unique Transaction ID:** | ████████7839 | | **ADV:** | SWF |
| **Debit Amount (AMT):** | 99152 | | **Credit Amount (AMT):** | 99152 |
| **Debit Currency (CUR):** | USD | | **Credit Currency (CUR):** | USD |
| **Debit Account (DBT):** | ████████1296 | | **Credit Account (CDT):** | ████████7211 |
| **Debit Value Date (DEBIT VAL):** | 1/16/2024 12:00:00 AM | | **Credit Value Date (CREDIT VAL):** | 1/16/2024 12:00:00 AM |

## Wire Transaction Bank Details

| Data Type: | DEBIT ADDRESS | CREDIT ADDRESS | REMITTER | BENEFICIARY BANK | BENEFICIARY |
|---|---|---|---|---|---|
| **Bank ID:** | | | | S | |
| **Bank Code:** | ████7513 | ████2882 | | COLOCOBM | |
| **Account ID:** | ██████1296 | ██████7211 | ████1296 | | ████5269 |
| **Bank Name:** | BULLPIX SOLUTIONS LLC | WELLS FARGO NY INTL | BULLPIX SOLUTIONS LLC | BANCOLOMBIA S.A. | ████████████ |
| **Address:** | 16192 COASTAL HWY LEWES DE 19958-3608 | 30 HUDSON YARDS NEW YORK,US | 16192 COASTAL HWY LEWES DE 199583608 US | CARRERA 52 MEDELLIN,CO | ████████████ |
| **Details:** | | | | | Invoice Payment ████3308 |

USAO_0000106686

**Wire Full Transaction Report**

| | |
|---|---|
| **Channel Reference Number (SNDR REF NUM):** ▮7662 | **Transaction Type (TYP):** FTR |
| **Original Channel (SRC):** GP0 | **Post Date:** 1/16/2024 12:42:33 PM |
| **Unique Transaction ID:** ▮3349 | **ADV:** SWF |
| **Debit Amount (AMT):** 99152 | **Credit Amount (AMT):** 99152 |
| **Debit Currency (CUR):** USD | **Credit Currency (CUR):** USD |
| **Debit Account (DBT):** ▮1296 | **Credit Account (CDT):** ▮7211 |
| **Debit Value Date (DEBIT VAL):** 1/16/2024 12:00:00 AM | **Credit Value Date (CREDIT VAL):** 1/16/2024 12:00:00 AM |

## Wire Transaction Bank Details

| Data Type: | DEBIT ADDRESS | CREDIT ADDRESS | REMITTER | BENEFICIARY BANK | BENEFICIARY |
|---|---|---|---|---|---|
| **Bank ID:** | | | | S | |
| **Bank Code:** | ▮7513 | ▮2882 | | COLOCOBM | |
| **Account ID:** | ▮1296 | ▮7211 | ▮1296 | | ▮0892 |
| **Bank Name:** | BULLPIX SOLUTIONS LLC | WELLS FARGO NY INTL | BULLPIX SOLUTIONS LLC | BANCOLOMBIA S.A. | |
| **Address:** | 16192 COASTAL HWY LEWES DE 19958-3608 | 30 HUDSON YARDS NEW YORK,US | 16192 COASTAL HWY LEWES DE 199583608 US | CARRERA 52 MEDELLIN,CO | |
| **Details:** | | | | Invoice Payment ▮3920 | |

USAO_0000106698

# Wire Full Transaction Report

| | | |
|---|---|---|
| **Channel Reference Number (SNDR REF NUM):** ████████5029 | | **Transaction Type (TYP):** FTR |
| **Original Channel (SRC):** GP0 | | **Post Date:** 1/16/2024 1:19:52 PM |
| **Unique Transaction ID:** ████████3083 | | **ADV:** SWF |
| **Debit Amount (AMT):** 69425 | | **Credit Amount (AMT):** 69425 |
| **Debit Currency (CUR):** USD | | **Credit Currency (CUR):** USD |
| **Debit Account (DBT):** ████████1296 | | **Credit Account (CDT):** ████████7211 |
| **Debit Value Date (DEBIT VAL):** 1/16/2024 12:00:00 AM | | **Credit Value Date (CREDIT VAL):** 1/16/2024 12:00:00 AM |

## Wire Transaction Bank Details

| Data Type: | DEBIT ADDRESS | CREDIT ADDRESS | REMITTER | BENEFICIARY BANK | BENEFICIARY |
|---|---|---|---|---|---|
| **Bank ID:** | | | | S | |
| **Bank Code:** | ████7513 | ████2882 | | COLOCOBM | |
| **Account ID:** | ████████1296 | ████████7211 | ████1296 | | ████5269 |
| **Bank Name:** | BULLPIX SOLUTIONS LLC | WELLS FARGO NY INTL | BULLPIX SOLUTIONS LLC | BANCOLOMBIA S.A. | ██████████ |
| **Address:** | 16192 COASTAL HWY LEWES DE 19958-3608 | 30 HUDSON YARDS NEW YORK,US | 16192 COASTAL HWY LEWES DE 199583608 US | CARRERA 52 MEDELLIN,CO | ██████████ |
| **Details:** | | | | Invoice Payment ████3308 | |

USAO_0000106713

# Wire Full Transaction Report

| | | | |
|---|---|---|---|
| **Channel Reference Number (SNDR REF NUM):** ▓▓2820 | | **Transaction Type (TYP):** FTR | |
| **Original Channel (SRC):** GP0 | | **Post Date:** 1/17/2024 9:24:57 AM | |
| **Unique Transaction ID:** ▓▓9505 | | **ADV:** SWF | |
| **Debit Amount (AMT):** 179503 | | **Credit Amount (AMT):** 179503 | |
| **Debit Currency (CUR):** USD | | **Credit Currency (CUR):** USD | |
| **Debit Account (DBT):** ▓▓1296 | | **Credit Account (CDT):** ▓▓7211 | |
| **Debit Value Date (DEBIT VAL):** 1/17/2024 12:00:00 AM | | **Credit Value Date (CREDIT VAL):** 1/17/2024 12:00:00 AM | |

## Wire Transaction Bank Details

| Data Type: | DEBIT ADDRESS | CREDIT ADDRESS | REMITTER | BENEFICIARY BANK | BENEFICIARY |
|---|---|---|---|---|---|
| **Bank ID:** | | | | S | |
| **Bank Code:** | ▓7513 | ▓2882 | | COLOCOBM | |
| **Account ID:** | ▓▓1296 | ▓▓7211 | ▓1296 | | ▓5269 |
| **Bank Name:** | BULLPIX SOLUTIONS LLC | WELLS FARGO NY INTL | BULLPIX SOLUTIONS LLC | BANCOLOMBIA S.A. ▓▓ | |
| **Address:** | 16192 COASTAL HWY LEWES DE 19958-3608 | 30 HUDSON YARDS NEW YORK,US | 16192 COASTAL HWY LEWES DE 199583608 US | CARRERA 52 MEDELLIN,CO | |
| **Details:** | | | | | Invoice Payment ▓▓3308 |

USAO_0000106734

**Wire Full Transaction Report**

| | |
|---|---|
| **Channel Reference Number (SNDR REF NUM):** ▮▮▮▮9370 | **Transaction Type (TYP):** FTR |
| **Original Channel (SRC):** GP0 | **Post Date:** 1/19/2024 10:51:13 AM |
| **Unique Transaction ID:** ▮▮▮▮3591 | **ADV:** SWF |
| **Debit Amount (AMT):** 128855 | **Credit Amount (AMT):** 128855 |
| **Debit Currency (CUR):** USD | **Credit Currency (CUR):** USD |
| **Debit Account (DBT):** ▮▮▮▮1296 | **Credit Account (CDT):** ▮▮▮▮7211 |
| **Debit Value Date (DEBIT VAL):** 1/19/2024 12:00:00 AM | **Credit Value Date (CREDIT VAL):** 1/19/2024 12:00:00 AM |

## Wire Transaction Bank Details

| Data Type: | DEBIT ADDRESS | CREDIT ADDRESS | REMITTER | BENEFICIARY BANK | BENEFICIARY |
|---|---|---|---|---|---|
| **Bank ID:** | | | | S | |
| **Bank Code:** | ▮▮7513 | ▮▮2882 | | COLOCOBM | |
| **Account ID:** | ▮▮▮1296 | ▮▮▮7211 | ▮▮1296 | | ▮▮5269 |
| **Bank Name:** | BULLPIX SOLUTIONS LLC | WELLS FARGO NY INTL | BULLPIX SOLUTIONS LLC | BANCOLOMBIA S.A. | ▮▮▮▮▮▮ |
| **Address:** | 16192 COASTAL HWY LEWES DE 19958-3608 | 30 HUDSON YARDS NEW YORK,US | 16192 COASTAL HWY LEWES DE 199583608 US | CARRERA 52 MEDELLIN,CO | ▮▮▮▮▮▮ |
| **Details:** | | | | | Invoice Payment ▮▮▮3308 |

USAO_0000106791

# Wire Full Transaction Report

| | | |
|---|---|---|
| **Channel Reference Number (SNDR REF NUM):** ████████9186 | | **Transaction Type (TYP):** FTR |
| **Original Channel (SRC):** GP0 | | **Post Date:** 1/19/2024 10:54:53 AM |
| **Unique Transaction ID:** ████████4498 | | **ADV:** SWF |
| **Debit Amount (AMT):** 205583 | | **Credit Amount (AMT):** 205583 |
| **Debit Currency (CUR):** USD | | **Credit Currency (CUR):** USD |
| **Debit Account (DBT):** ████████1296 | | **Credit Account (CDT):** ████████7211 |
| **Debit Value Date (DEBIT VAL):** 1/19/2024 12:00:00 AM | | **Credit Value Date (CREDIT VAL):** 1/19/2024 12:00:00 AM |

## Wire Transaction Bank Details

| Data Type: | DEBIT ADDRESS | CREDIT ADDRESS | REMITTER | BENEFICIARY BANK | BENEFICIARY |
|---|---|---|---|---|---|
| **Bank ID:** | | | | S | |
| **Bank Code:** | ████7513 | ████2882 | | COLOCOBM | |
| **Account ID:** | ████████1296 | ████████7211 | ████1296 | | ████5269 |
| **Bank Name:** | BULLPIX SOLUTIONS LLC | WELLS FARGO NY INTL | BULLPIX SOLUTIONS LLC | BANCOLOMBIA S.A. | ████████████ |
| **Address:** | 16192 COASTAL HWY LEWES DE 19958-3608 | 30 HUDSON YARDS NEW YORK,US | 16192 COASTAL HWY LEWES DE 199583608 US | CARRERA 52 MEDELLIN,CO | ████████████ |
| **Details:** | | | | | Invoice Payment ████3308 |

USAO_0000106794

**Wire Full Transaction Report**

| | |
|---|---|
| **Channel Reference Number (SNDR REF NUM):** ████3574 | **Transaction Type (TYP):** FTR |
| **Original Channel (SRC):** GP0 | **Post Date:** 1/30/2024 12:47:50 PM |
| **Unique Transaction ID:** ████4334 | **ADV:** SWF |
| **Debit Amount (AMT):** 314418 | **Credit Amount (AMT):** 314418 |
| **Debit Currency (CUR):** USD | **Credit Currency (CUR):** USD |
| **Debit Account (DBT):** ████1296 | **Credit Account (CDT):** ████7211 |
| **Debit Value Date (DEBIT VAL):** 1/30/2024 12:00:00 AM | **Credit Value Date (CREDIT VAL):** 1/30/2024 12:00:00 AM |

## Wire Transaction Bank Details

| Data Type: | DEBIT ADDRESS | CREDIT ADDRESS | REMITTER | BENEFICIARY BANK | BENEFICIARY |
|---|---|---|---|---|---|
| **Bank ID:** | | | | S | |
| **Bank Code:** | ██7513 | ██2882 | | COLOCOBM | |
| **Account ID:** | ████1296 | ████7211 | ██1296 | | ████0892 |
| **Bank Name:** | BULLPIX SOLUTIONS LLC | WELLS FARGO NY INTL | BULLPIX SOLUTIONS LLC | BANCOLOMBIA S.A. | ████████ |
| **Address:** | 16192 COASTAL HWY LEWES DE 19958-3608 | 30 HUDSON YARDS NEW YORK,US | 16192 COASTAL HWY LEWES DE 199583608 US | CARRERA 52 MEDELLIN,CO | ████████ |
| **Details:** | | | | Invoice Payment ████3920 | |

USAO_0000106984

# Wire Full Transaction Report

**Channel Reference Number (SNDR REF NUM):** ████████3442

**Original Channel (SRC):** GP0

**Unique Transaction ID:** ████████3757

**Debit Amount (AMT):** 168618

**Debit Currency (CUR):** USD

**Debit Account (DBT):** ████████1296

**Debit Value Date (DEBIT VAL):** 1/31/2024 12:00:00 AM

**Transaction Type (TYP):** FTR

**Post Date:** 1/31/2024 7:38:15 AM

**ADV:** SWF

**Credit Amount (AMT):** 168618

**Credit Currency (CUR):** USD

**Credit Account (CDT):** ████████7211

**Credit Value Date (CREDIT VAL):** 1/31/2024 12:00:00 AM

## Wire Transaction Bank Details

| Data Type: | DEBIT ADDRESS | CREDIT ADDRESS | REMITTER | BENEFICIARY BANK | BENEFICIARY |
|---|---|---|---|---|---|
| Bank ID: | | | | S | |
| Bank Code: | ████7513 | ████882 | | COLOCOBM | |
| Account ID: | ████████1296 | ████████7211 | ████1296 | | ████5269 |
| Bank Name: | BULLPIX SOLUTIONS LLC | WELLS FARGO NY INTL | BULLPIX SOLUTIONS LLC | BANCOLOMBIA S.A. | ████████ |
| Address: | 16192 COASTAL HWY LEWES DE 19958-3608 | 30 HUDSON YARDS NEW YORK,US | 16192 COASTAL HWY LEWES DE 199583608 US | CARRERA 52 MEDELLIN,CO | |
| Details: | | | | Invoice Payment ████3308 | |

USAO_0000106995

**Wire Full Transaction Report**

**Channel Reference Number (SNDR REF NUM):** ▮▮▮▮4690

**Original Channel (SRC):** GP0

**Unique Transaction ID:** ▮▮▮▮3065

**Debit Amount (AMT):** 128867

**Debit Currency (CUR):** USD

**Debit Account (DBT):** 0▮▮▮▮1296

**Debit Value Date (DEBIT VAL):** 2/1/2024 12:00:00 AM

**Transaction Type (TYP):** FTR

**Post Date:** 2/1/2024 9:40:15 AM

**ADV:** SWF

**Credit Amount (AMT):** 128867

**Credit Currency (CUR):** USD

**Credit Account (CDT):** ▮▮▮▮7211

**Credit Value Date (CREDIT VAL):** 2/1/2024 12:00:00 AM

## Wire Transaction Bank Details

| Data Type: | DEBIT ADDRESS | CREDIT ADDRESS | REMITTER | BENEFICIARY BANK | BENEFICIARY |
|---|---|---|---|---|---|
| Bank ID: | | | | S | |
| Bank Code: | ▮▮7513 | ▮▮2882 | | COLOCOBM | |
| Account ID: | ▮▮▮▮1296 | ▮▮▮▮7211 | ▮▮1296 | | ▮▮5269 |
| Bank Name: | BULLPIX SOLUTIONS LLC | WELLS FARGO NY INTL | BULLPIX SOLUTIONS LLC | BANCOLOMBIA S.A. | ▮▮▮▮▮▮ |
| Address: | 16192 COASTAL HWY LEWES DE 19958-3608 | 30 HUDSON YARDS NEW YORK,US | 16192 COASTAL HWY LEWES DE 199583608 US | CARRERA 52 MEDELLIN,CO | ▮▮▮▮▮▮ |
| Details: | | | | | Invoice Payment ▮▮▮3308 |

USAO_0000107015

# Wire Full Transaction Report

| | |
|---|---|
| **Channel Reference Number (SNDR REF NUM):** ▮1645 | **Transaction Type (TYP):** FTR |
| **Original Channel (SRC):** GP0 | **Post Date:** 2/1/2024 1:51:39 PM |
| **Unique Transaction ID:** ▮7368 | **ADV:** SWF |
| **Debit Amount (AMT):** 149030 | **Credit Amount (AMT):** 149030 |
| **Debit Currency (CUR):** USD | **Credit Currency (CUR):** USD |
| **Debit Account (DBT):** ▮1296 | **Credit Account (CDT):** ▮7211 |
| **Debit Value Date (DEBIT VAL):** 2/1/2024 12:00:00 AM | **Credit Value Date (CREDIT VAL):** 2/1/2024 12:00:00 AM |

## Wire Transaction Bank Details

| Data Type: | DEBIT ADDRESS | CREDIT ADDRESS | REMITTER | BENEFICIARY BANK | BENEFICIARY |
|---|---|---|---|---|---|
| **Bank ID:** | | | | S | |
| **Bank Code:** | ▮7513 | ▮2882 | | COLOCOBM | |
| **Account ID:** | ▮1296 | ▮7211 | ▮1296 | | ▮5269 |
| **Bank Name:** | BULLPIX SOLUTIONS LLC | WELLS FARGO NY INTL | BULLPIX SOLUTIONS LLC | BANCOLOMBIA S.A. | |
| **Address:** | 16192 COASTAL HWY LEWES DE 19958-3608 | 30 HUDSON YARDS NEW YORK,US | 16192 COASTAL HWY LEWES DE 199583608 US | CARRERA 52 MEDELLIN,CO | |
| **Details:** | | | | Invoice Payment ▮3308 | |

USAO_0000107028

# Wire Full Transaction Report

**Channel Reference Number (SNDR REF NUM):** ████████81116

**Original Channel (SRC):** GP0

**Unique Transaction ID:** ████████4744

**Debit Amount (AMT):** 400000

**Debit Currency (CUR):** USD

**Debit Account (DBT):** ████████1296

**Debit Value Date (DEBIT VAL):** 2/2/2024 12:00:00 AM

**Transaction Type (TYP):** FTR

**Post Date:** 2/2/2024 12:58:02 PM

**ADV:** SWF

**Credit Amount (AMT):** 400000

**Credit Currency (CUR):** USD

**Credit Account (CDT):** ████████07211

**Credit Value Date (CREDIT VAL):** 2/2/2024 12:00:00 AM

## Wire Transaction Bank Details

| Data Type: | DEBIT ADDRESS | CREDIT ADDRESS | REMITTER | BENEFICIARY BANK | BENEFICIARY |
|---|---|---|---|---|---|
| Bank ID: | | | | S | |
| Bank Code: | ███7513 | ███2882 | | COLOCOBM | |
| Account ID: | ████████1296 | █████07211 | █████1296 | | ███████0892 |
| Bank Name: | BULLPIX SOLUTIONS LLC | WELLS FARGO NY INTL | BULLPIX SOLUTIONS LLC | BANCOLOMBIA S.A. | ████████ |
| Address: | 16192 COASTAL HWY LEWES DE 19958-3608 | 30 HUDSON YARDS NEW YORK,US | 16192 COASTAL HWY LEWES DE 199583608 US | CARRERA 52 MEDELLIN,CO | ████████ |
| Details: | | | | Invoice Payment ████████3920 | |

USAO_0000107045

**Wire Full Transaction Report**

| | | | |
|---|---|---|---|
| **Channel Reference Number (SNDR REF NUM):** ███████3809 | | **Transaction Type (TYP):** FTR | |
| **Original Channel (SRC):** GP0 | | **Post Date:** 2/2/2024 12:57:21 PM | |
| **Unique Transaction ID:** ███████0489 | | **ADV:** SWF | |
| **Debit Amount (AMT):** 590000 | | **Credit Amount (AMT):** 590000 | |
| **Debit Currency (CUR):** USD | | **Credit Currency (CUR):** USD | |
| **Debit Account (DBT):** ███████1296 | | **Credit Account (CDT):** ███████07211 | |
| **Debit Value Date (DEBIT VAL):** 2/2/2024 12:00:00 AM | | **Credit Value Date (CREDIT VAL):** 2/2/2024 12:00:00 AM | |

Wire Transaction Bank Details

| Data Type: | DEBIT ADDRESS | CREDIT ADDRESS | REMITTER | BENEFICIARY BANK | BENEFICIARY |
|---|---|---|---|---|---|
| **Bank ID:** | | | | S | |
| **Bank Code:** | ███7513 | ███2882 | | COLOCOBM | |
| **Account ID:** | ████████1296 | ████████7211 | ██████1296 | | ███████5269 |
| **Bank Name:** | BULLPIX SOLUTIONS LLC | WELLS FARGO NY INTL | BULLPIX SOLUTIONS LLC | BANCOLOMBIA S.A. | ████████████ |
| **Address:** | 16192 COASTAL HWY LEWES DE 19958-3608 | 30 HUDSON YARDS NEW YORK,US | 16192 COASTAL HWY LEWES DE 199583608 US | CARRERA 52 MEDELLIN,CO | ████████████ |
| **Details:** | | | | | Invoice Payment ███████3308 |

USAO_0000107051

# Wire Full Transaction Report

| | | | |
|---|---|---|---|
| **Channel Reference Number (SNDR REF NUM):** | ▮▮▮▮▮▮ 0679 | **Transaction Type (TYP):** | FTR |
| **Original Channel (SRC):** | GP0 | **Post Date:** | 2/5/2024 11:12:02 AM |
| **Unique Transaction ID:** | ▮▮▮▮▮▮ 1088 | **ADV:** | SWF |
| **Debit Amount (AMT):** | 517068 | **Credit Amount (AMT):** | 517068 |
| **Debit Currency (CUR):** | USD | **Credit Currency (CUR):** | USD |
| **Debit Account (DBT):** | ▮▮▮▮▮▮ 1296 | **Credit Account (CDT):** | ▮▮▮▮▮▮ 7211 |
| **Debit Value Date (DEBIT VAL):** | 2/5/2024 12:00:00 AM | **Credit Value Date (CREDIT VAL):** | 2/5/2024 12:00:00 AM |

## Wire Transaction Bank Details

| Data Type: | DEBIT ADDRESS | CREDIT ADDRESS | REMITTER | BENEFICIARY BANK | BENEFICIARY |
|---|---|---|---|---|---|
| **Bank ID:** | | | | S | |
| **Bank Code:** | ▮▮ 7513 | ▮▮ 2882 | | COLOCOBM | |
| **Account ID:** | ▮▮▮▮ 1296 | ▮▮▮▮ 7211 | ▮▮ 1296 | | ▮▮▮ 0892 |
| **Bank Name:** | BULLPIX SOLUTIONS LLC | WELLS FARGO NY INTL | BULLPIX SOLUTIONS LLC | BANCOLOMBIA S.A. | ▮▮▮▮▮▮ |
| **Address:** | 16192 COASTAL HWY LEWES DE 19958-3608 | 30 HUDSON YARDS NEW YORK,US | 16192 COASTAL HWY LEWES DE 199583608 US | CARRERA 52 MEDELLIN,CO | ▮▮▮▮▮▮ |
| **Details:** | | | | | Invoice Payment ▮▮▮▮ 3920 |

USAO_0000107056

# Wire Full Transaction Report

| | | |
|---|---|---|
| **Channel Reference Number (SNDR REF NUM):** █████████ 1194 | | **Transaction Type (TYP):** FTR |
| **Original Channel (SRC):** GP0 | | **Post Date:** 2/5/2024 8:36:06 AM |
| **Unique Transaction ID:** █████████ 4687 | | **ADV:** SWF |
| **Debit Amount (AMT):** 585027 | | **Credit Amount (AMT):** 585027 |
| **Debit Currency (CUR):** USD | | **Credit Currency (CUR):** USD |
| **Debit Account (DBT):** █████████ 1296 | | **Credit Account (CDT):** █████████ 7211 |
| **Debit Value Date (DEBIT VAL):** 2/5/2024 12:00:00 AM | | **Credit Value Date (CREDIT VAL):** 2/5/2024 12:00:00 AM |

## Wire Transaction Bank Details

| Data Type: | DEBIT ADDRESS | CREDIT ADDRESS | REMITTER | BENEFICIARY BANK | BENEFICIARY |
|---|---|---|---|---|---|
| **Bank ID:** | | | | S | |
| **Bank Code:** | ███ 7513 | ███ 2882 | | COLOCOBM | |
| **Account ID:** | █████ 1296 | █████ 7211 | ████ 1296 | | ████ 5269 |
| **Bank Name:** | BULLPIX SOLUTIONS LLC | WELLS FARGO NY INTL | BULLPIX SOLUTIONS LLC | BANCOLOMBIA S.A. | ████████████ |
| **Address:** | 16192 COASTAL HWY LEWES DE 19958-3608 | 30 HUDSON YARDS NEW YORK,US | 16192 COASTAL HWY LEWES DE 199583608 US | CARRERA 52 MEDELLIN,CO | ████████████ |
| **Details:** | | | | Invoice Payment ████ 3308 | |

USAO_0000107060

# Wire Full Transaction Report

**Channel Reference Number (SNDR REF NUM):** ██████ 2619

**Original Channel (SRC):** GP0

**Unique Transaction ID:** ██████ 7935

**Debit Amount (AMT):** 480000

**Debit Currency (CUR):** USD

**Debit Account (DBT):** ██████ 1296

**Debit Value Date (DEBIT VAL):** 2/5/2024 12:00:00 AM

**Transaction Type (TYP):** FTR

**Post Date:** 2/5/2024 2:04:38 PM

**ADV:** SWF

**Credit Amount (AMT):** 480000

**Credit Currency (CUR):** USD

**Credit Account (CDT):** ██████ 7211

**Credit Value Date (CREDIT VAL):** 2/5/2024 12:00:00 AM

## Wire Transaction Bank Details

| Data Type: | DEBIT ADDRESS | CREDIT ADDRESS | REMITTER | BENEFICIARY BANK | BENEFICIARY |
|---|---|---|---|---|---|
| Bank ID: | | | | S | |
| Bank Code: | ██ 7513 | ██ 2882 | | COLOCOBM | |
| Account ID: | ██████ 1296 | ██████ 7211 | ██ 1296 | | ██ 5269 |
| Bank Name: | BULLPIX SOLUTIONS LLC | WELLS FARGO NY INTL | BULLPIX SOLUTIONS LLC | BANCOLOMBIA S.A. | ████████ |
| Address: | 16192 COASTAL HWY LEWES DE 19958-3608 | 30 HUDSON YARDS NEW YORK,US | 16192 COASTAL HWY LEWES DE 199583608 US | CARRERA 52 MEDELLIN,CO | ████████ |
| Details: | | | | Invoice Payment ██ 3308 | |

USAO_0000107072

**Wire Full Transaction Report**

| | | | |
|---|---|---|---|
| **Channel Reference Number (SNDR REF NUM):** | ███████5976 | **Transaction Type (TYP):** | FTR |
| **Original Channel (SRC):** | GP0 | **Post Date:** | 2/6/2024 8:58:55 AM |
| **Unique Transaction ID:** | ███████9212 | **ADV:** | SWF |
| **Debit Amount (AMT):** | 590000 | **Credit Amount (AMT):** | 590000 |
| **Debit Currency (CUR):** | USD | **Credit Currency (CUR):** | USD |
| **Debit Account (DBT):** | ██████1296 | **Credit Account (CDT):** | ██████7211 |
| **Debit Value Date (DEBIT VAL):** | 2/6/2024 12:00:00 AM | **Credit Value Date (CREDIT VAL):** | 2/6/2024 12:00:00 AM |

## Wire Transaction Bank Details

| Data Type: | DEBIT ADDRESS | CREDIT ADDRESS | REMITTER | BENEFICIARY BANK | BENEFICIARY |
|---|---|---|---|---|---|
| **Bank ID:** | | | | S | |
| **Bank Code:** | ███7513 | ███2882 | | COLOCOBM | |
| **Account ID:** | ██████1296 | ██████7211 | ████1296 | | ████0892 |
| **Bank Name:** | BULLPIX SOLUTIONS LLC | WELLS FARGO NY INTL | BULLPIX SOLUTIONS LLC | BANCOLOMBIA S.A. ████████ |
| **Address:** | 16192 COASTAL HWY LEWES DE 19958-3608 | 30 HUDSON YARDS NEW YORK,US | 16192 COASTAL HWY LEWES DE 199583608 US | CARRERA 52 MEDELLIN,CO ████████ |
| **Details:** | | | | Invoice Payment ████████3920 | |

USAO_0000107086